UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>JOHN P. BROOKS,<br><br>MARTORI ENTERPRISES, INC.<br>DEFINED BENEFIT PENSION PLAN,<br><br>Judgment Creditor,<br><br>vs.<br><br>JOHN P. BROOKS and SUSAN J. BROOKS, husband and wife,<br><br>Judgment Debtors,<br><br>WELLS FARGO BANK, N.A.,<br><br>Garnishee. | Case No.:  3:05-mc-00163-DGC<br><br>**JUDGMENT ON GARNISHMENT**<br><br>**(Non-Earnings)** |

THE COURT FINDS that,

1. Wells Fargo Bank, N.A. (the "Garnishee") was holding $480.30 belonging to the Judgment Debtors in ONE account jointly held by Susan Brooks and Meredith Brooks (the "Judgment Debtors") at the time of service of the Writ and that Judgment Debtors were indebted to Judgment Creditor in the amount of $34068.62 and interest of at least $4283.88, and there has been no timely written objection to the Answer of the Garnshee.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The Judgment Creditor shall have Judgment against the Garnishee for $480.30.

IT IS FURTHER ADJUDGED AND DECREED that Garnishee is entitled to its answer fee of $75.00, which is to be paid from the Judgment Debtors' Account.

IT IS FURTHER ADJUDGED AND DECREED that the amounts retained by the Garnishee pursuant to the Writ of Garnishment and this Judgment are to be immediately paid to MARTORI ENTERPRISES, INC. DEFINED BENEFIT PENSION PLAN, c/o its attorney/Michael Zdancewicz, P.L.L.C.

DATED this 14th day of March, 2006.

_____
David G. Campbell
United States District Judge